BILL NEWTON V. THE STATE.

No. 9665.    Delivered October 14, 1925.

Rape—No Statement of Facts—Noŋ Bill of Exception.

This record is before us with neither statement of facts nor bill of exception, and no errors being observable same is affirmed.

Appeal from the District Court of McLennan County. Tried below before the Hon. Richard I. Monroe, Judge.

Appeal from a conviction of rape upon a female under the age of consent; penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant was convicted of rape upon a female under the age of consent and his punishment fixed at five years' confinement in the penitentiary.

The transcript filed contains no bills of exception and no statement of facts accompanies it. The indictment and proceedings as reflected by the transcript appear to be regular and no question is presented for review.

The judgment is affirmed.

*Affirmed.*